IN THE COURT OF APPEALS
FIFTH DISTRICT COURT OF APPEALS
AT DALLAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

NO. 05-14-00563-CR

BILLY JOE CAMPBELL
APPELLANT

V.

THE STATE OF TEXAS
APPELLEE

FILED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

ON REVIEW FROM THE 416th JUDICIAL DISTRICT COURT

COLLIN COUNTY, TEXAS

MOTION FOR LEAVE TO FILE AN OUT OF TIME
PETITION FOR DISCRETIONARY REVIEW
AND RECALL OF THE MANDATE

TO THE HONORABLE JUSTICES OF THE FIFTH JUDICIAL COURT OF APPEALS:

COMES NOW, Billy Joe Campbell, Appellant (Campbell) in the above styled and enumerated Cause, by and through himself, & respectfully moves the Court to recall the mandate, so that Campbell may request from the Court of Criminal Appeals, an opportunity to review errors within the proceedings, via an out of time Petition for Discretionary Review even though the deadline has passed for filing an Original Petition for Discretionary Review. see TEX R App P 18.7.

# CONCLUSION

Campbell's Motion to Recall the Mandate is made necessary due to administrative error's which occurred in the proceedings. Without notice of the granting of the extension of time to file a Motion for Rehearing, Campbell's time was exhausted. See Tex R App P Rule 4.5(a).

The Court has the authority to recall the mandate so long as it is done "during the term the mandate was issued." See Hartfield v Thaler, 403 SW3d 234 (TCA2013);Deramee v State, 379 SW2d 903 (TCA1972).

While the Court of Appeals does not have the authority to grant the out of time PDR, this Court must grant the recall of the mandate to provide the appellant the opportunity to file his Petition for Discretionary Review since it was administrative errors which caused the forfeiture of the proceedings. See Generally, Rodriguez v State, 23 SW3d 25 (Tex App - Houston [1st Dist] 2000). See also Herrin v State, 668 SW2d 896, 897 (Tex App - Dallas, 1934, no pet)(granting motion to recall the mandate because appellant did not receive notice of opinion of the Court of Appeals.) Tex R App P Rule 19.3.

Respectfully submitted,

Billy J Campbell
TDcJ # 1927270
Lynaugh Unit
1098 S Hwy 2037
Ft Stockton, TX  79735

Appellant, Prose

## CERTIFICATE OF SERVICE

I, Billy Joe Campbell, certify that a true and correct copy of the motion for Leave to File an Out of Time Petition for Discretionary review and Recall of the Mandate has been served upon the District Attorney of Collin county by depositing same in the Lynaugh Unit's mail system on this, the 15 day of December, 2015.

Billy J Campbell

| | | |
|---|---|---|
| BILLY J CAMPBELL | § | IN THE FIFTH DISTRICT COURT |
| V. | § | OF APPEALS AT DALLAS |
| THE STATE OF TEXAS | § | 5th JUDICIAL DISTRICT |

## AFFIDAVIT IN SUPPORT OF LEAVE TO FILE

STATE OF TEXAS

COUNTY OF PECOS

"I, Billy J Campbell, am over the age of 18, of sound mind, and personally acquainted with the facts stated herein. These facts are true and correct.

I received a letter from Angela D'Amore, my appellate attorney, on or about August 19, 2015.

In her letter, she tells me that I may file a motion for rehearing & PDR if I wanted. Problem is, she did not tell me that I had to file a Motion for Rehearing by a date certain, and for me to "assume" that the Court would grant her Motion to extend time to file a motion for rehearing. This failure by D'Amore, caused the proceedings to go off track, prompting this additional document filing.

I was unaware of the importance of. D'Amore's letter is part of the prior motion to recall the mandate so that I could file a motion for rehearing.

I did not recive any response to my inquiry to D'Amore if the motion requesting an extension of time was granted, nor did I receive any notice from the Clerk of the Court that the motion had been granted. Missing this information I was deprived of knowing what to do."

"I, Billy Joe Campbell, # 1927270, am presently incarcerated at the Lynaugh Unit of the TDCj in Pecos County, Texas. I declare under penalty of perjury,

December 14, 2015


Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Ste 200
Dallas, TX 75202

RE:  Billy J Campbell v State of Texas
     Court of Appeals # 05-14-00563-CR
     Trial Court Case No. 416.81619-2012

Dear Clerk:

Please find enclosed my Motion for Leave to file an Out of Time Petition

for Discretionary Review and Recall of the mandate along with a support affidavit

for same.

Would you please file this in the matter, and bring this to the Courts att-

ention for its ruling?  I would greatly appreciate that.

Merry Christmas to you and your family!

Respectfully,

Billy J Campbell
TDCJ # 1927270
Lynaugh Unit
1098 S Hwy 2037
Ft Stockton, TX  79735


cc:  Ms Sarah Preston
     Asst District Attorney
     2100 Bloomdale Road ste 100
     McKinney, TX  75071